UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CESAR IXPERTAY LOPEZ, ) | CASE NO. C08-0188-RSM |
| Petitioner, ) | |
| v. ) | ORDER OF DISMISSAL |
| A. NEIL CLARK, ) | |
| Respondent. ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus is DENIED and this case is DISMISSED as moot; and

(3) The Clerk is directed to send copies of this Order to counsel for respondent, and

ORDER OF DISMISSAL
PAGE -1

to Judge Theiler.  No copies shall be sent to petitioner, as he has already been

removed to Guatemala.

DATED this _2_ day of June, 2008.

                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -2